DAVID H. COMMAGER v. O. B. DICKS.

[*Opinion Filed Feb. 1, 1892.*]

*Error to the District Court of Logan County, Hon. E. B. Green, Judge.*

*Commager & Dodd*, for plaintiff in error.

*H. R. Thurston*, for defendant in error.

CLARK, J.: The facts as found by the district court, in this case are the same as they are in David H. Commager vs. Charles W. Dicks.

The judgment of the district court is reversed with costs and the case is remanded with directions to dismiss the action at the cost of the plaintiff.

All the Justices concurring.